UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR286-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **DEFENDANT'S MOTION TO** |
| ) | **CONTINUE** |
| DAVID L. PRUETT, ) | |
| Defendant. ) | |

**NOW COMES** the Defendant, through counsel, and hereby moves to continue this matter from the December 5, 2005 trial term. In support of this motion, the Defendant shows the following:

1. The Defendant is charged with violations of 18 U.S.C. §§ 2319(b)(1), 506, 371, and 2.

2. The parties have recently entered into a plea agreement.

3. The Defendant lives in Auburn, Washington. He has already flown to Charlotte once to make his initial appearance. Defense counsel is in the process of coordinating with the U.S. Probation Office for the Defendant to appear in court to enter his guilty plea and be sentenced the same day. Defense counsel has made these arrangements in other cases under similar circumstances.

4. The government has no objection to a continuance and is also in favor of a consolidated plea and sentencing hearing.

**WHEREFORE**, the Defendant moves to continue this matter from the December 5, 2005 trial term.

Respectfully submitted this the 28th day of November, 2005.

s/ Deke Falls
N.C. Bar # 24232
Barnett & Falls, P.A.
130-C North McDowell Street
Charlotte, North Carolina  28204
Phone: (704) 334-2044
Fax: (704) 334-2095
Email: deke@barnettfalls.com
Attorney for Defendant PRUETT

## CERTIFICATE OF SERVICE

I, Deke Falls, do hereby certify that I have this day served a copy of the foregoing Motion to Continue upon the attorney for the government via electronic filing and addressed to the following:

Corey Frazier Ellis
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street
The Carillon Building, Suite 1700
Charlotte, North Carolina 28202
corey.ellis@usdoj.gov

Eric J. Klumb
United States Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Avenue NW
Suite 600
Washington, DC 20530
US
eric.klumb@usdoj.gov

This the 28th day of November, 2005.

s/ Deke Falls
N.C. Bar # 24232
Barnett & Falls
130-C North McDowell Street
Charlotte, North Carolina 28204
Phone: (704) 334-2044
Fax: (704) 334-2095
Email: deke@barnettfalls.com
Attorney for Defendant