**OPERATION FASTLINK**

# 6-month sentence for UNCC student

*Borchardt to serve home confinement for Internet piracy*

Associated Press

ALEXANDRIA, Va. — A UNC Charlotte student was sentenced to six months home confinement Friday as part of an international effort to dismantle major Internet piracy groups, the U.S. Department of Justice said.

Derek Borchardt, 22, pleaded guilty earlier this year in U.S. District Court along with two other defendants for involvement in groups that distributed digital copies of songs before their commercial release.

George Hayes, 31, of Danville, Va., who pleaded guilty to one count of criminal copyright infringement, was sentenced to 15 months in prison. Borchardt and Aaron Jones, 30, of Hillsboro, Ore., each pleaded guilty to a single felony count of conspiracy to commit copyright infringement. Jones was sentenced to six months in prison and six months home confinement.

"Operation FastLink" is the largest multinational law enforcement action against online software piracy, the Justice Department said.

Case 3:05-cr-00286-GCM-CH   Document 19-2   Filed 06/05/06   Page 1 of 1