UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR286-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S ADDITIONAL** |
| | ) | **EXHIBITS IN SUPPORT OF** |
| | ) | **SENTENCING VARIANCE** |
| DAVID LEE PRUETT, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOW COMES** the Defendant, David Lee Pruett, through counsel, and hereby submits the following additional two exhibits in support of his motion for a sentencing variance. The first exhibit is a press release from the U.S. Department of Justice regarding the prosecution and sentences of three defendants in a related copyright infringement case. This case has been referred to by both parties in their sentencing memoranda. The second exhibit is a letter from the president of Diamond Machine Works, Inc., where Pruett has been employed since 1995.

Respectfully submitted this the 21st day of June, 2006.

s/ Deke Falls
N.C. Bar # 24232
Barnett & Falls, P.A.
130-C North McDowell Street
Charlotte, North Carolina  28204
Phone: (704) 334-2044
Fax: (704) 334-2095
Email: deke@barnettfalls.com
Attorney for Defendant PRUETT

# CERTIFICATE OF SERVICE

I, Deke Falls, do hereby certify that I have this day served a copy of the foregoing Defendant's Additional Exhibits in Support of Sentencing Variance upon the attorney for the government via electronic filing and addressed to the following:

Corey Frazier Ellis
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street
The Carillon Building, Suite 1700
Charlotte, North Carolina 28202
corey.ellis@usdoj.gov

Eric J. Klumb
United States Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Avenue NW
Suite 600
Washington, DC 20530
US
eric.klumb@usdoj.gov


This the 21st day of June, 2006.


                                        s/ Deke Falls
                                        N.C. Bar # 24232
                                        Barnett & Falls
                                        130-C North McDowell Street
                                        Charlotte, North Carolina 28204
                                        Phone: (704) 334-2044
                                        Fax: (704) 334-2095
                                        Email: deke@barnettfalls.com
                                        Attorney for Defendant PRUETT