# DIAMOND MACHINE WORKS, INC.

PRECISION WITH PRODUCTION
CNC MILLING AND TURNING
GENERAL MACHINING

213 NORTH 36TH ST.
SEATTLE, WA 98103
FAX (206) 632-9674
(206) 633-3960

6/20/06

To whom it may concern,

    My name is Glenn Swan and I am President of a small machine shop, (18 people) here in Seattle, Washington. We have been in business since my father started Diamond Machine in 1959.
    Dave Pruett started working here in March of 1995 and has been our head programmer and machinist in our CNC Mill department where he keeps 7-8 people busy on our CNC Mills. He has been a steady employee since he started here and is a key employee helping us to recover since the 9/11/01 attacks that brought our industry, (aerospace machining) to a almost complete stand still.
    Obviously, Dave is quite good at his computer skills, I cannot even fathom the idea that he would do anything with his knowledge of computers for personal gain, I believe he just wanted to see what exactly he could learn from the new software that was coming on to the market pertaining to CNC programing.
    Dave, I am sure, regrets any harm he may have caused and we would have a very serious problem if he were not allowed to return to Diamond.
    Thank you for your consideration in the outcome of this sentencing.

Sincerely,


Glenn Swan
President
Diamond Machine Works, Inc.