# ATTACHMENT 1

# Defendant's Transfers Into and Out of LND's Private FTP Site (Incomplete)

| Date | Title | Folder | Direction |
|---|---|---|---|
| 6/2/03 | Cimatron_v13.1 | LND/SUPPLY_ISOS | upload |
| 6/4/03 | CIMATRON_IT_V13.1-LND/legends.nfo | LND/TORELEASE | download |
| 6/10/06 | cimatron_it_v13.1_crack_r3.zip | LND/TOTEST | download |
| 6/13/03 | CIMMETRY_AUTOVUE_PROFESSIONAL_V17.0-LND | incoming | upload |
| 6/13/03 | CIMMETRY_AUTOVUE_SOLIDMODEL_PROFESSIONAL_V17.0-LND | incoming | both |
| 7/11/03 | CIMATRON_IT_V13.1-DONE/cimatron_it_v13.1_crack_r5_final.zip | LND/TOTEST | download |
| 7/11/03 | CIMATRON_IT_V13.1-LND | LND/TORELEASE | download |
| 7/15/03 | TOOLBOX_FOR_SOLIDWORKS_V2003_SP4-LND | LND/TORELEASE | download |
| 7/15/03 | CNC.Technologies.XPERT.DNC-LICENSE/x-disk.exe | LND/SUPPLY_RIPS | upload |
| 7/16/03 | CIMMETRY_AUTOVUE_SOLIDMODEL_PROFESSIONAL_V17.1/avsolpdemo.exe | LND/SUPPLY_RIPS | upload |
| 7/18/03 | SOLIDWORKS_2004_BETA_KEYGEN | LND/TOTEST | download |
| 7/29/03 | GIBBSCAM_2002_V6.11.08-DONGLE/GibbsCAM2002-v611_13.exe | LND/SUPPLY_RIPS | upload |
| 8/5/03 | GIBBSCAM_2002_V6.11.13-HASP/GibbsCAM2002-v611_13.exe | LND/SUPPLY_RIPS | download |
| 9/14/03 | MasterCam?v9.1?SP2/V9.1?Crack?-?For?Example/info.txt | LND/TOTEST | download |
| 9/25/03 | SOLIDWORKS_V2004_ISO-LND | LND/TORELEASE | download |
| 12/2/03 | GibbsCAM2004-v7.0.3_update | LND/SUPPLY_RIPS | upload |
| 12/10/03 | QuickConcept_2.51 | LND/SUPPLY_RIPS | upload |
| 12/11/03 | CIMATRON_QUiCK_CONCEPT_V2.51/install.txt | LND/TOTEST | download |
| 12/31/03 | GIBBSCAM_2004_V7_ISO | LND/SUPPLY_ISOS | upload |
| 1/1/04 | GibbsCam_2004_V7.03-HASP | LND/SUPPLY_RIPS | download |
| 1/16/03 | CIMATRON_ELITE_V5.02_ISO_FINAL-FlexLM | LND/SUPPLY_ISOS | download |
| 2/3/04 | GibbsCAM2004-v7.0.7/Virtual.exe | LND/TOTEST | download |
| 2/20/04 | GIBBSCAM_7.08_SENTINAL/GibbsCAM2004-v7.0.8.exe | LND/SUPPLY_RIPS | upload |
| 3/4/04 | GibbsCAM2004-v7.0.9-sentinal/GibbsCAM2004-v7.0.9.exe | LND/SUPPLY_RIPS | upload |
| 3/16/04 | GibbsCAM2004-v7.0.11-sentinal/GibbsCAM2004-v7.0.11.exe | LND/SUPPLY_RIPS | upload |