```
                              |              ? ?
                           ? ?        ?þÜ    ?
                  ?         Üþ?                      ß²Ü±      ?
                  ?        Ü²ß?                       ß²ÛÜ?  ?
              ?     ÜÜÜÛ²ß       Ü²      °ÛÜ²     ?    ÞÛÛÛÛÛÛÛ²Û°
         ÜÛÛ²ÛÛÛÛÛÛÛÛÛ²Ý    ÛÛÛÛ? ÛÛÛÛÛÛ?    ÛÛ²Û?    ÛÛÛÛÛÛÛÛÛÛÛÛÛÛ
       ÛÝ       ß²²²²ÛÛÛÛÛ²²    ÛÛÛÛÛÛÛÛÛÛ ÞÛÛÛÛÛ?ÛÛ²ÛÛÛÛÛÛßß²ÛÛÛÛÛÛÛÛÛÛ²?        ÞÜ?
      ß²²²ÛB??  Þ²²ÛÛÛÛÛ²²?ÞÛÛÛÛÛÛÛ²ß²²ÛÛÛÛÛ? Þ²²²ÛÛÛÛÛÝ  ²ÛÛÛÛÛ²²?    ?BBÛ²²²?
      ²²       ? Û²ÛÛÛÛ²²?  ÛÛÛÛÛÛ? B²ÛÛÛ? ÞÛ²ÛÛÛÛÛÛÝ  ÞÛÛÛÛ²²²? ?        ²²
      ²Ý    ?°°°° ÞÛÛÛÛÛ²²?  Û²ÛÛÛ²?  ÞÛÛÛÛ² ÛÛÛÛÛÛÛÛÛÛ   ÛÛÛÛÛÛÛ²Ý °°°° ? Þ²
      ²Ý      °°   ÞÛÛÛÛÛÛ²²Ý  ßßÛÛÛ²²²    ÛÛÛÛÛÛ²Ý BÛÛÛÛÛÛÛ?BBBÛÛÛÛÛÛÛ? °°       Þ²
      ²Ý    ?  Þ²ÛÛÛÛÛ²²²    BB²²?   BBÛ²²²    ß²ÛÛß      °BBÛÛÛ? ?     Þ²
       Û²?       ÛÛÛÛÛÛÛÛ²²ÛÛÛ    BB          B²²Ü      BB              BB²Ü       Ü²?
      B²ÛÛBB?? Ü²BB?    BBB²²Û²Ü  ? BB  B²??   B²²ÛÛB  ??BBBB  ?          ?BBBBÛ²?
      ?                  ?BB²Ü                 Þ²                                   ?
                   ?    Bþ?            ÜB            cH!<RiGOR>
                      ?      ?? ? þB
```

```
ÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀ?
ÉÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ»
?                 GIBBSCAM 2004 V7.0 *ISO* (c) GIBBS                        ?
È³ÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ³?
ÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀ?
Packaged @: FEBRUARY 2004                       [xx/51] :...Number of Disks
Cracker...: LND TEAM                            WINDOWS :...Operating System
Packager..: LND TEAM                            DONGLE  :.Serial/Protection
Supplier..: LND TEAM
ÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀÀ?
?                              Product Description ?
ÖÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÙ?
```

Since its founding in 1984, Gibbs and Associates has been a leader in
providing cutting edge CAD/CAM technology, while maintaining its signature
ease-of-use and productivity. Powerfully Simple, Simply Powerful is the
guiding philosophy at Gibbs. Gibbs believes in empowering the NC programmer,
machinist, and manufacturing engineer, not eliminating them. Gibbs?goal is
to introduce manufacturers to new technologies and new ways of working that
makes their machining easier and their businesses more profitable. To achieve
this goal, Gibbs creates tools that are naturally intuitive, graphically
interactive, extremely visual, associative, and just plain enjoyable to use.
Gibbs provides a total quality solution with the service and support
successful customers require.
The current GibbsCAM product line supports 2- through 5-axis milling,
turning, mill/turning, multi-task simultaneous machining and wire-EDM.
GibbsCAM also provides fully integrated manufacturing modeling capabilities
that include 2D, 2.5D, 3D wireframe, surface, and solid modeling. GibbsCAM
has received Microsoft's "Designed for Windows XP/2000?certification.
GibbsCAM's data exchange capabilities are able to access the broadest range
of native and industry standard CAD data formats. GibbsCAM is certified
under the Autodesk Inventor Certified Application Program, is a Solid Edge
Certified Select application, and is a SolidWorks Certified CAM Application.

GibbsCAM 2004 introduces enhancements across the entire GibbsCAM product
line, starting with "Designed for Windows XP/2000?certification from Microsoft.
A new Windows user interface adds conventional Windows look and feel and
interface capabilities to GibbsCAM's industry leading ease-of-use front-end.
Multiple GibbsCAM sessions can be run at the same time and information
transferred between them using Windows cut/copy-and-paste capability.
GibbsCAM 2004 also introduces the new 2.5D Solids module, which addresses
the machining needs of manufacturing companies dealing with the growing
amount of 2.5D solid models created by mainstream CAD systems, such as
Autodesk Inventor, CATIA V4, Solid Edge and SolidWorks. GibbsCAM 2004
provides support for the latest versions of all these popular CAD systems.
In addition to current support for CATIA V4, STEP and VDA-FS, support for
CATIA V5 and Pro/ENGINEER Wildfire is now available with GibbsCAM 2004

URL: http://www.gibbscam.com/

```
┌──────────────────────────────────────────────────────────────────┐
│                                              Install Description │
├──────────────────────────────────────────────────────────────────┤

1) Unpack.
2) Copy the files found in the crack dir into the installed dir.
3) Enjoy.

┌──────────────────────────────────────────────────────────────────┐
│                                              Legendary News & Info │
├──────────────────────────────────────────────────────────────────┤

 Legends Never Die is dedicated to bring you quality software. Our primary
 focus is software in CAD/CAM/CAE/FEA. Your support is needed, so keep
 emailing us information about the software you might be able to
 contribute.

 We are also looking for good crackers, especially those that can crack
 WindowsNT programs. Keywords are FlexLM, Hasp, Sentinel. If you feel up
 for the job contact us on the email address below.

 Legends Never Die is a Non-profit organization. We dont make or give money
 for software.

                                                  With Respect -Hi Mom
┌──────────────────────────────────────────────────────────────────┐
│                                          Legendary Application Info │
├──────────────────────────────────────────────────────────────────┤
 If you wish to be a part of the team and can provide one of the following
 services then please get in touch with us at the address below, at this
 point we are only taking in the positions that are listed below but if
 you think you have something to offer us that we have not thought of, of
 course you can mail us about it.


 *) If you work for an Internet Service Provider or can provide services.
 *) If you can supply hardware to our cause.
 *) If you work at a software company or have access to new software.
 *) If you have the capability to remove software protection.

 Assholes & Lamers need not apply.

 *** WE DO NOT MAIL OUR RELEASES, OR PARTS OF OUR RELEASES.

 Contacting Legends Never Die:
 Email: lnd@hotbox.ru
 Irc  : Closed
┌──────────────────────────────────────────────────────────────────┐
 Layout: Phr33phal              Updated: [69/69/69] By: Monkies
└──────────────────────────────────────────────────────────────────┘
```